**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6547

JOSE DELGADO CABRERA,

Plaintiff - Appellant,

versus

TROY WILLIAMSON, Warden; DOCTOR MCCAIN;
CORRECTIONAL OFFICER KIRKLAND; CORRECTIONAL
OFFICER WORLEY,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  David A. Faber, Chief
District Judge. (CA-04-237-5)

Submitted: September 30, 2005       Decided: October 19, 2005

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Delgado Cabrera, Appellant Pro Se.  Sandra Henson Kinney,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jose Delgado Cabrera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Cabrera v. Williamson</u>, No. CA-04-237-5 (S.D. W. Va. Mar. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>